# Tasks Required to Prepare Case for Confirmation
## (Identified at the §341 Meeting closed August 1, 2022)

**Adrian D. Clements,**  Case No.: 22-20187-PRW
**George Mitris, Esq.**

**The Debtor(s) must provide the following to the Trustee:**

    **Comparative Market Analysis:**
        Real Estate
            Address:_____     _____
    **Appraisal:**
        Other_____     _____

    **Bank Statements as of the date of filing:**
       _____     _____

    **Business Valuation:**
        Appraisal _____
        Cashflow Statements _____

    **Cause of Action Attorney Information:**     _____

    **Certificate of Titles**:
        Title(s)
        _____
        Purchase Contract
        Loan Completion Date     _____

    **Domestic Support Obligation Form:**     _____

    **File and/or Amend:**
        Schedule A _____     _____
        Schedule B _____     _____
        Schedule C _____     _____
        Schedule D _____     _____
        Schedule E _____     _____
        Schedule F _____     _____
        Schedule G _____     _____
        Schedule H _____     _____
        Schedule I _____     _____
        Schedule J _____     _____
        B22C Statement
        **Amend Plan**     **X**
        Serve Plan     _____
        Adequate Protection Statement     _____
        SOFA _____     _____

| | |
|---|---|
| **Adrian D. Clements** | Case No.: 22-20187-PRW |

**File Motion:**
  §506  _____
  §522 (f)  _____
  Other  _____

**Real Estate:**
  Recorded Deed  _____
  Recorded Mortgage  _____

**Proof of Claim(s):** *Attorney Review*  _____
  _____

**Review Attorney Fees:**
  File 2016 B Statement  _____
  Provide Time Records  _____
  Compare fees to the suggested No-Look Fee  _____

**§546 Stipulation Information:**  _____

**Other:**
  Set up TFS  _____
  An accounting of how proceeds were used  _____
  _____
  Notification of surrender efforts  _____
  Provide original proof of social security number  _____
  Re-Notice Confirmation  _____
  _____ Tax Returns  _____
  Attorney Declaration  _____
  Oather's Affidavit  _____

  _____  _____

This is not an exclusive task list and should be used only as an informational tool for both the debtor(s) and their counsel in preparation for the confirmation hearing.

The Trustee may request that the Court order a reduction in attorneys fees at the confirmation hearing, if the tasks identified above are not timely completed.

                   George M. Reiber
                   Chapter 13 Trustee

GMR/kbf